Julius Weissglass, Appellant, v. Susie Scott Hall and Bolton Hall, Respondents.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

William Wesche, Respondent, v. Herman Wilkens, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Sampson J. Wilson, Respondent, v. Berish Stein and Others, Defendants, Impleaded with Michael Stein and Israel H. Weldt, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Henry J. Wirth, Respondent, v. Moses Cohen, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Percival J. Woods, Respondent, v. Luke A. Burke & Sons Company, Appellant.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Blanche Yovin, Respondent, v. Cyrus S. King, as Administrator, etc., of Charles G. G. King, Deceased, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.